[No. 3840-8-III.  Division Three.  July 9, 1981.]

WALTER E. WEEKS, JR., ET AL, *Appellants*, v. HAROLD
J. RABER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 78-2-01185-2, Ted Kolbaba, J.,
entered February 19, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and
Green, J.

[No. 3777-9-III.  Division Three.  July 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KAREN
LOUISE LOEWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 4543, B. J. McLean, J., entered November 30,
1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, J., McInturff, C.J., dissenting.

[No. 4611-II.  Division Two.  July 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GUY
TOBIAS JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 7089, Frank L. Price, J. Pro Tem.,
entered January 15, 1981. *Reversed* by unpublished opinion
per Reed, C.J., concurred in by Pearson and Petrie, JJ.